**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00777-CR

**MICHAEL J. MARBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-52953-M**

## ORDER

On February 26, 2015, this court ordered court reporter Belinda Baraka to file, within fifteen days, a supplemental record containing Defendant's Exhibit no. 1, a CD containing photographs. To date, Ms. Baraka has not filed the supplemental record.

Accordingly, we **ORDER** court reporter Belinda Baraka to file, by **4:00 p.m. on FRIDAY, APRIL 10, 2015**, a supplemental record containing Defendant's Exhibit no. 1, a CD. If the supplemental record is not filed by the date specified, the Court will order that Belinda Baraka not sit as a court reporter until the supplemental record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/      ADA BROWN
          JUSTICE